# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGETT R. FIELDS,<br><br>Defendant. | NO. CR06-246-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on December 21, 2009. The United States was represented by Assistant United States Attorney Mark Parrent, and the defendant by Nancy Tenney. The proceedings were digitally recorded.

The defendant had been charged and convicted of Embezzlement By a Bank Employee, in violation of 18 U.S.C. § 656. On or about July 25, 2008, defendant was sentenced by the Honorable Robert S. Lasnik to a term of one day, with credit for times serviced, to be followed by three years supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a mental health program, financial disclosure, $5,302.71 restitution, 60 days home confinement, search, no new credit,

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

opening additional lines of credit, or obtaining loan without approval, not possess or obtain any driver's license, Social Security number, birth certificate, passport, or any other form of identification in any other name other than true legal name.

In a Petition for Warrant or Summons dated August 13, 2009, U.S. Probation Officer Tammy M. White asserted the following violations by defendant of the conditions of her supervised release:

(1) Submitting a false monthly report for February and March 2009, in violation of standard condition 2.

(2) Committing the crime of possession of another's identity on or before March 24, 2009, in violation of standard condition that she not commit another federal, state or local crime.

(3) Committing the crime of criminal impersonation, on or before March 24, 2009, in violation of the standard condition that she not commit another federal, state or local crime.

(4) Possessing another person's Social Security number on or about March 24, 2009, in violation of the special condition that she not obtain or possess any Social Security number in any other name other than her true legal name.

(5) Opening a new line of credit on or before March 24, 2009, in violation of the special condition that she be prohibited from opening additional lines of credit without approval of the U.S. Probation office.

(6) Incurring new credit card charges on or before July 22, 2009, in violation of the special condition that she be prohibited from incurring new credit charges without approval of the U.S. Probation Office.

(7) Committing the crime of theft, on or before July 24, 2009, in violation of the standard condition that she not commit another federal, state or local crime.

(8) Failing to work regularly at a lawful occupation since on or before October 8, 2009, in violation of standard condition 5.

On August 18, 2009, defendant made her initial appearance. The defendant was advised of the allegations and advised of her rights. On December 21, 2009, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 2, 3, 4, 5, 6, 7 and 8. Alleged violation 1 was dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as alleged in violations 2, 3, 4, 5, 6, 7 and 8, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on March 19, 2009 at 9:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 21st day of December, 2009.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
    AUSA: Mark Parrent
    Defendant's attorney: Nancy Tenney
    Probation officer: Tammy M. White

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3